# EXHIBIT A

May-2018  16:31  -- FROM                                          Fax                    p.1



Olson Research Group, Inc.
Healthcare Marketing Research
23 Years of Industry Excellence

## To:   Dr. HOWARD LEBOWITZ

Fax:   7329423595                          Date:  Wednesday, May 30, 2018

Re:   **$400 - DECART (Drug-Drug Interaction Effectiveness and Clinical Awareness Randomized Controlled Trial) Online Study**

---

You are invited to participate in the DECART study, a randomized controlled trial to assess the clinical evaluation and management of pharmacotherapy regimens and whether a diagnostic test impacts clinical care decisions. The study is conducted by academic researchers and QURE Healthcare, and sponsored by Aegis Corporation. Up to 225 primary care physicians will be recruited to participate. Findings from this national study could contribute to improved patient care quality. Results are expected to be written and submitted to a national journal for publication.

Participation will require approximately **2 hours of your time over a period of ~2 months** as follows.

- **Round 1 Patient Case Administration (45-60 minutes):** all participants are asked to complete a brief questionnaire followed by 3 CPVs® (online patient cases).
- **Intervention - Educational Material Review (10-15 minutes):** if randomly selected to the Intervention arm, you will be asked to view a brief educational webinar on a new diagnostic service.
- **Round 2 Patient Case Administration (45-60 minutes):** all participants will be asked to complete an additional 3 CPVs®(online patient cases).

CPVs describe typical patients you encounter in your daily practice and are not meant to be difficult for someone of your knowledge and experience. **Each case takes approximately 15-20 minutes to complete and you have up to 7 days to complete each administration round online.** You may complete cases at your convenience, revisiting your secure homepage as many times as needed to complete your assignment. All data will be saved at each logout and you may pick up where you left off.  All case responses will be confidential and anonymous.  No physician or practice names are used when reporting the results of the study.

Participants will receive a fair market value compensation of $400 for completing **both rounds** of this study.
**Once you complete Round 1, you will receive $100 and the remaining balance of $300 after completion of Round 2.**

> *(Please note: There will be a few preliminary questions to determine whether this study is a good fit for you.)*
> 1)   Go to: www.olsononlinesystems.com
> 2)   Enter the following in the Study # box provided: **N874**
> 3)   Enter the following password: **cv8fa**

**Please note the above password is only for use by: Dr. HOWARD LEBOWITZ. If you are not the intended recipient of this invitation and you use the password to complete the survey, or if you complete the survey more than once, Olson Research Group will NOT use your data in our study and will NOT pay to you an honorarium. This password is NOT transferable. If you

[*]