| | |
|---|---|
| **DeNITTIS OSEFCHEN PRINCE, P.C.** | **KAZEROUNI LAW GROUP, APC** |
| Ross H. Schmierer, Esq. (RS-7215) | Abbas Kazerounian, Esq. |
| 525 Route 73 North, Suite 410 | *(Pro Hac Vice forthcoming)* |
| Marlton, New Jersey 08053 | 245 Fischer Avenue, Unit D1 |
| (856) 797-9951 | Costa Mesa, CA 92626 |
| sdenittis@denittislaw.com | (800) 400-6808 |
| rschmierer@denittislaw.com | ak@kazlg.com |

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Acutecare Health System, LLC, <br><br> Plaintiffs, <br> v. <br><br> The Olson Research Group, Inc., <br><br> Defendant. | **Case No.: 3:18-cv-12598-MAS-LHG** <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any absent putative class members.

                                              **DeNITTIS OSEFCHEN PRINCE, P.C.**

                            By:    s/ Ross H. Schmierer
                                      Ross H. Schmierer, Esq.
                                      525 Route 73 North, Suite 410
                                      Marlton, New Jersey 08053
                                      (T): (856) 797-9951
                                      rschmierer@denittislaw.com