**DeNITTIS OSEFCHEN PRINCE, P.C.**
Ross H. Schmierer, Esq. (RS-7215)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951
sdenittis@denittislaw.com
rschmierer@denittislaw.com

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq.
*(Pro Hac Vice forthcoming)*
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
(800) 400-6808
ak@kazlg.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Acutecare Health System, LLC,<br><br>Plaintiffs,<br>v.<br><br>The Olson Research Group, Inc.,<br><br>Defendant. | Case No.: 3:18-cv-12598-MAS-LHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any absent putative class members.

**DeNITTIS OSEFCHEN PRINCE, P.C.**

By:   s/ Ross H. Schmierer
Ross H. Schmierer, Esq.
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(T): (856) 797-9951
rschmierer@denittislaw.com

So Ordered this 5th day
of October, 2018

Hon. Michael Shipp, USDJ